

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

___

No. 07-25-00072-CV

___

CULLEN BENNERT, APPELLANT

V.

KRISTIE EDWARDS, APPELLEE

On Appeal from the County Court at Law No. 1
Potter County, Texas
Trial Court No. 112498-1-CV, Honorable Walton Weaver, Presiding

March 10, 2025

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Cullen Bennert, proceeding pro se, appeals from the trial court's judgment. The trial court signed the judgment on November 26, 2024. As no post-judgment motions or requests for findings were filed, a notice of appeal was due within thirty days thereafter, by December 27, 2024. *See* TEX. R. APP. P. 4.1(a), 26.1(a). Bennert filed a notice of appeal on January 31, 2025.

A timely notice of appeal is essential to invoking this Court's jurisdiction. *See* TEX. R. APP. P. 25.1(b), 26.1; *Verburgt v. Dorner*, 959 S.W.2d 615, 616–17 (Tex. 1997). By

letter of February 7, 2025, we notified Bennert that his notice of appeal appeared untimely and directed him to show how we have jurisdiction over the appeal by February 21. To date, Bennert has not filed a response or had any further communication with the Court.

Accordingly, we dismiss Bennert's untimely appeal for want of jurisdiction. TEX. R. APP. P. 42.3(a).

Per Curiam